WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WILLIAM HAYNES**,                                                                 CV # 05-1244-HA

   Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security**,

   Defendant.

---

Attorney fees in the amount of $6,772.27 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Attorney Tim Wilborn's address, above.

DATED this ___ day of _____, 2007.

_____
United States District Judge

Submitted on June 27, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1